Name: Ben Davis
Prison Number: 152106
Place of confinement: AJCCE
Mailing address: 1400 E 4th Ave
City, State, Zip: Anch AK 99501
Telephone: None

RECEIVED JUL 0 2 2018 CLERK, U.S. DISTRICT COURT ANCHORAGE, A.K.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

Ben DAVIS,
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

State of Alaska,
Public Defender Agency,
Dept of Corrections,
(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. 3:18-CV-00157-SLG
(To be supplied by Court)

**PRISONER'S COMPLAINT UNDER THE CIVIL RIGHTS ACT 42 U.S.C. § 1983**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3).

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Ben Davis,
(print your name)

who presently resides at AJCCE 1400 E 4th Ave Anch, AK,
(mailing address or place of confinement)

were violated by the actions of the individual(s) named below.

Public Defender agency attorney Catlin Shortell my civil Rights bying denying me Due Process violation, right to an Appeal

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, <u>Catlin Shortell</u> is a citizen of
                                    (name)
<u>AK</u>, and is employed as a <u>Atty Public Defender agency</u>
(state)                                (defendant's government position/title)

✓ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, <u>G Lorant</u> is a citizen of
                                  (name)
<u>AK</u>, and is employed as a <u>Superintendent Dept of Corr</u>
(state)                                (defendant's government position/title)

✓ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, _____ is a citizen of
                      (name)
_____, and is employed as a _____.
(state)                                (defendant's government position/title)

____ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

***REMINDER***
You must exhaust your administrative remedies before your claim can go forward.
THE COURT MAY DISMISS ANY UNEXHAUSTED CLAIMS.

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Claim 1: On or about  June 2011 , my civil right to
                     (Date)
Due Process
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by  The Public Defender Agency
              (Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

In or about June 11, 2011 I was represented on appeal by a Public Defender agency attorney who did not raise the issues of Excessive sentence or Ineffective assitence of counsel and denied me Due Process by denying the right appeal. Once the court of appeals affirmed my case, I told my attorney that I wanted to appeal the court of appeals decision to the Alaska Supreme Court and she said she would appeal to the alaska supreme court and I waited 6 yrs under the impression that my case was pending before the Alask Supreme Court which I later found out that she never filed anything with the Supreme court. I was denied my Right to Due Process and Right to an Appeal.

Claim 2: On or about July 12, 2015, my civil right to Freedom from Cruel and Unusual Punishment
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by Jim Conant Superintendant
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

While in SMU at the Goose Creek Corr Center I was approached by 5 Native Brotherhood gang members and said that I was going to pay 50 dollars a month for protection and I said I'm not paying anything all five inmates jumped me and beat the hell out of me then threw me off the 2nd floor tier and left for dead. Those five inmates never got a write-up or anything and the Cp Forest said if you say anything it's worse next time. I asked for a copy of the video tape of the incident and was told there is no such tape.

I should be awarded damage for pain and suffering from my injuries and now I am in a wheel chair for the rest of my life.

I was subjected to cruel and unusual punishment and attempted murder to this day I've never be able to talk to a State Trooper or anyone. DOC Trying to keep this hush hush.

## D. Previous Lawsuits

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment**? ✓ Yes ___ No

2. If your answer is "Yes," describe each lawsuit.

a. Lawsuit 1:

Plaintiff(s): Ben Davis

Defendant(s): State of Alaska DOC

Name and location of court: U.S District Court

Docket number: 3:17cv10263  Name of judge: Tim Burgess

Approximate date case was filed: 2/17/2016  Date of final decision: Unknown

Disposition: ✓ Dismissed  ___ Appealed  ___ Still pending

Issues Raised: Medical Malpractice

b. Lawsuit 2:

Plaintiff(s): attorney Cathen Shortell Ben Davis

Defendant(s): attorney Cauthen Shortell

Name and location of court: US District

Docket number: ___  Name of judge: Sharon Gleason

Approximate date case was filed: 2/17/  Date of final decision: Unknown

Disposition: ✓ Dismissed  ___ Appealed  ___ Still pending

Issues Raised: Due Process violation

3. Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?

___ Yes  ✓ No

If your answer is "Yes," describe each lawsuit on the next page.

**Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed:_____ Date of final decision: _____

**Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed:_____ Date of final decision: _____

**Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed:_____ Date of final decision: _____

4. **Are you in imminent danger of serious physical injury?** ✓ Yes ____ No

If your answer is "Yes," please describe how you are in danger, without legal argument/authority: _I got thrown off a 2nd tier at Hudson Correctional Center in Hudson Col by the 1488 gang and the Native Brotherhood gang and I am in protect custody at the Anch Jail_

## F. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ 100,000,000

2. Punitive damages in the amount of $ 50,000,000

3. An order requiring defendant(s) to pay attorney fees an Court Cost

4. A declaration that _____

5. Other: for pain and suffering and Mental Anguise

Plaintiff demands a trial by jury. ✓ Yes ____ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at Anch Jail East on 6/25/18
(Location) (Date)

Ben Davis
(Plaintiff's Signature)

Ben Davis                            6/25/18
Original Signature of Attorney (if any)     (Date)

Anch Jail East
1400 E 4th Ave
Anch AK 99501
Attorney's Address and Telephone Number

Prisoner § 1983 - 8
PS01, Nov. 2013

Ben Davis 132108
Alice E
1400 E 4th Ave
Anch, AK
 99801

United States District Court
c/o Clerks office
222 W 7th ave Box 4
Anch, AK
 99513-7564

Legal Mail

US POSTAGE $001.63 06/29/2018 ZIP 99501 041L11253886 FIRST-CLASS MAIL neopost